UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE AARON SMART,<br><br>Plaintiff. | Case No. 22-01571 BLF<br><br>**ORDER OF DISMISSAL** |

On March 14, 2022, Plaintiff, proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983.[1] Dkt. No. 1. On the same day, the Clerk sent Plaintiff a notice informing him that he must file a complaint on the proper form within twenty-eight days or the action would be dismissed. Dkt. No. 2. A blank complaint form and postage-paid return envelope were enclosed with the notice. *Id.* The Clerk also sent a separate notice informing Plaintiff that he needed to either pay the filing fee or file an *In Forma Pauperis* ("IFP") application within twenty-eight days to avoid dismissal. Dkt. No. 3. The deadline has passed, and Plaintiff has failed to file a proper complaint and pay the filing fee or file an IFP application.

---

[1] This matter was reassigned to this Court on April 19, 2022, after Plaintiff failed to file consent to magistrate judge jurisdiction. Dkt. Nos. 5, 6.

Accordingly, this action is **DISMISSED** without prejudice for failure to file a proper complaint and pay the filing fee. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: _April 26, 2022_____

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.22\01571Smart_dis-ifp-compl.

2